**Order entered August 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00958-CV

### IN RE VSDH VAQUERO VENTURE, LTD., Relator

**Original Proceeding from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-09-05232-A**

## ORDER

In accordance with this Court's opinion of this date, the petition for mandamus is conditionally granted. The Court **ORDERS** the trial judge, the Honorable D'Metria Benson, Judge of the County Court at Law No. 1, Dallas County, to **VACATE** her order granting real parties in interest Ken and Betsy Gross's Motion to Disqualify Evan L. Shaw and to **ENTER** a written order denying the Grosses' Motion to Disqualify Evan L. Shaw. Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order. We **ORDER** that relator VSDH Vaquero Venture, Ltd., recover its costs of this original proceeding from real parties in interest Ken and Betsy Gross.

/s/      MOLLY FRANCIS
           JUSTICE